FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MSW Media, Inc | ) | |
| *Plaintiff* | ) | |
| | ) | |
| v. | ) | Civil Action No. 25-2518 |
| DOJ | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To:    *(Defendant's name and address)*

Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kel McClanahan
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: _____    _____

*Signature of Clerk or Deputy Clerk*