CO-386
10/2018

# United States District Court
# For the District of Columbia

MSW Media, Inc.

        vs     Plaintiff

DOJ

                Defendant

Civil Action No. 1:25-cv-02518

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  MSW Media, Inc.  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  MSW Media, Inc.  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

984704
BAR IDENTIFICATION NO.

Kelly McClanahan
Print Name

1451 Rockville Pike, Suite 250
Address

Rockville     MD     20852
City     State     Zip Code

501-301-4672
Phone Number