UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MSW MEDIA, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-02518 (BAH) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROOF OF SERVICE

Plaintiff attaches Proof of Service for Plaintiff's Complaint. According to the United States Postal Service ("USPS") tracking system, summons have been delivered to Defendant Department of Justice, as well as the U.S. Attorney for the District of Columbia and the U.S. Attorney General.

Plaintiff provides the attached document as evidence regarding service of the Department of Justice and U.S. Attorney General. Plaintiff served the U.S. Attorney for the District of Columbia by email on 14 August 2025. Service was accordingly effected on 18 August 2025 pursuant to Federal Rule of Civil Procedure 12(a)(2).

Date:   September 1, 2025

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD  20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org
*Counsel for Plaintiff*

USPS.com® - USPS Tracking® Results   https://tools.usps.com/go/TrackConfirmAction!input.action?tLabels=9...

**ALERT: IMPACTS OF SEVERE WEATHER IN THE SOUTHERN PLAINS AND LOWER MISSISSI…**

## USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052702104961253

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at the post office at 5:13 am on August 18, 2025 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Post Office**

WASHINGTON, DC 20530
August 18, 2025, 5:13 am

See All Tracking History

Feedback

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃