**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MSW MEDIA, INC.,                 *

        *

      Plaintiff,          *

        *

      v.                   *      Civil Action No. 1:25-cv-02518 (BAH)

        *

DEPARTMENT OF JUSTICE,      *

        *

      Defendant.        *

        *

*    *    *    *    *    *    *    *    *    *    *    *    *

## <u>ORDER</u>

UPON CONSIDERATION OF Plaintiff's Unopposed Motion for Expedited Consideration and Joint Proposed Briefing Schedule, and the entire record herein, it is this _____ day of _____, 2025,

**ORDERED** that Plaintiff's Motion is **GRANTED**; and

**FURTHER ORDERED** that the parties shall follow the briefing schedule set forth in Plaintiff's Motion.

_____
Beryl A. Howell
United States District Judge