UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MSW MEDIA Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 25-cv-2518 (BAH) |

### DEFENDANT'S RESPONSES TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS

1. On 22 July 2025, MSW Media submitted to the Federal Bureau of Investigation ("FBI") a Freedom of Information Act ("FOIA") for "all videos stored on Sharepoint (on the unclassified side) or Sharepoint or BuTube (on the classified side) which were created or used to train FBI personnel in how to review records about Jeffrey Epstein." (FOIA Request, attached as Ex. A.)

   **Response:**

   Defendant admits that the FBI received a FOIA request dated July 22, 2025, containing that quoted language, but denies that the FOIA Request has been attached as an exhibit. Defendant has included as an exhibit a FOIA request dated July 22, 2025, sent to FBI, including the quoted information.

2. MSW Media requested expedited processing of this request.

   **Response:**

   Defendant admits the FOIA request includes a request for expedited processing.

3. FBI has not made a determination regarding MSW Media's request for expedited processing.

   **Response:**

   Defendant admits this statement.

4. FBI has classified MSW Media as a representative of the news media. (Ltr. From Troiani to McClanahan of 9/5/25, attached as Ex. B.)

1

**Response:**

Defendant admits that FBI has classified MSW Media as a representative of the news media but denies that any such letter has been included as an exhibit.

Dated: December 9, 2025                     Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General, Civil Division

                                            ELIZABETH J. SHAPIRO
                                            Deputy Branch Director

                                            /s/ Jason K. Altabet
                                            JASON K ALTABET
                                            Trial Attorney (Md. Bar No. 2211280012)
                                            Federal Programs Branch
                                            U.S. Department of Justice, Civil Division
                                            1100 L St. NW
                                            Washington, DC 20005
                                            Tel: (202) 305-0727
                                            Email: jason.k.altabet2@usdoj.gov

                                            *Counsel for Defendant*