UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA Inc., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 25-cv-2518 (BAH) |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiff's Motion for Summary Judgment, Plaintiff's accompanying memorandum in support of that motion, Defendant's opposition, and any reply, it is hereby **ORDERED** that Plaintiff's motion is **DENIED**.

**SO ORDERED.**

Dated: _____        _____
                                                                        Beryl A. Howell
                                                                        United States District Judge

1