**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MSW Media, Inc., | |
| Plaintiff, | |
| v. | No. 1:25-cv-2518-BAH |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

**NOTICE OF APPEARANCE**

Please take notice that James D. Todd, Jr., Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Federal Programs Branch, will be appearing on behalf Defendant in this matter.

Dated: May 15, 2026

Respectfully submitted,

*s/ James D. Todd, Jr.*
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendants*