**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MSW MEDIA, INC., | |
| Plaintiff, | |
| v. | No. 1:25-cv-2518-BAH |
| U.S. DEPARTMENT OF JUSTICE, | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S *NUNC PRO TUNC* MOTION TO EXTEND TIME**
**TO ANSWER AND FOR THE PARTIES TO FILE A JOINT STATUS REPORT**

Before this Court is Defendant's *nunc pro tunc* motion for an extension of time to answer Plaintiff's Amended Complaint and for the parties to file a joint status report. For the reasons set forth therein, Defendant's motion is GRANTED. Defendant's time to Answer Plaintiff's Amended Complaint is extended until August 7, 2026; and the parties' deadline to file a joint status report is extended until August 21, 2026.

So Ordered.

Dated: August _, 2026

_____
Beryl A. Howell
United States District Judge