**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| MSW Media, Inc.,<br><br>      Plaintiff,<br><br>            v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>      Defendant. | No. 1:25-cv-2518-BAH |

## <u>ANSWER</u>

Defendant, the U.S. Department of Justice ("DOJ"), answers Plaintiff's Amended Complaint, ECF No. 7, as follows:

The introductory paragraph to the Complaint consists of Plaintiff's characterization of the lawsuit, to which no response is required.

1.      This paragraph contains Plaintiff's conclusions of law regarding jurisdiction, to which no response is required.

2.      This paragraph contains Plaintiff's conclusions of law regarding venue, to which no response is required.

3.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

4.      This paragraph consists of Plaintiff's conclusions of law, to which no response is required.

5.      Defendant admits this paragraph.

6.      This paragraph consists of Plaintiff's characterization of events that preceded its request for records made pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to which no response is required.

7-20.   These paragraphs consist of Plaintiff's characterization of events that are immaterial to Plaintiff's FOIA request for records, to which no response is required.

21.     Defendant incorporates by reference its responses to the preceding paragraphs.

22.     This paragraph consists of Plaintiff's characterization of its withdrawal or a FOIA request it made to Defendants' Office of Information and Policy, to which no response is required.

23.     This paragraph consists of Plaintiff's description of its numbering of counts in its Amended Complaint, to which to response is required.

24.     Defendant incorporates by reference its responses to the preceding paragraphs.

25.     This paragraph consists of Plaintiff's characterization of its July 22, 2025, FOIA request to the Federal Bureau of Investigation, to which the Court is referred for a complete and accurate statement of its contents, and to which no response is required.

26-27.  These paragraphs consist of Plaintiff's characterization of its request for expedited processing of its July 22, 2025, FOIA request, to which the Court is referred for a complete and accurate statement of its contents, and of legal conclusions, to which no response is required.

28-29.  Defendant admits these paragraphs.

30.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required.

31.     Defendant incorporates by reference its responses to the preceding paragraphs.

32-33.  Defendant admits these paragraphs.

34.     This paragraph consists of Plaintiff's characterization of request for news media status, to which the Court is referred for a complete and accurate statement of its contents, and to which no response is required.

35-36.  Defendant admits to these paragraphs.

37.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required.

38.     Defendant incorporates by reference its responses to the preceding paragraphs.

39-40.  Defendant admits these paragraphs.

41.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required.

42.     Defendant incorporates by reference its responses to the preceding paragraphs.

43-44.  Defendant admits these paragraphs.

45.     This paragraph consists of Plaintiff's legal conclusion, to which no response is required.

46.     Defendant admits this paragraph but avers that, on June 30, 2026, the FBI completed its search for and review of records responsive to Plaintiff's FOIA request and provided a categorical denial to Plaintiff, explaining that it was withholding the records in full under FOIA Exemptions b(5), b(6), b(7)(C), and b(7)(E).

47.     This paragraph consists of Plaintiff's legal conclusions, to which no response is required.

Defendant further denies all allegations in Plaintiff's First Amended Complaint not expressly admitted or denied.

The remainder of Plaintiff's Amended Complaint consists of Plaintiff's Prayer for Relief. Defendant denies that Plaintiff is entitled to any relief and requests that this Court dismiss this action and enter Judgment for Defendant.

Dated: August 7, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*s/ James D. Todd, Jr.*
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

Counsel for Defendant