**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MSW Media, Inc.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

No. 1:25-cv-2518-BAH

**DEFENDANT'S CONSENT MOTION TO EXTEND**
**BRIEFING DEADLINES IN THIS COURT'S SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 6(b)(1)(B), and LCv 7, Defendant moves with consent of Plaintiff to extend by one week the briefing deadlines established by this Court's Scheduling Order. Good cause shown herein, Defendant states as follows:

1. Plaintiff filed suit on August 2, 2025, seeking to compel the production of records it sought in a July 17, 2025, request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, to the Department of Justice ("DOJ"), Office of Information and Policy ("OIP") for "all grand jury testimony in the criminal cases against Jeffrey Epstein and Ghislaine Maxwell," Compl. ¶ 18, ECF No. 1, and a July 22, 2025, FOIA request to the Federal Bureau of Investigation ("FBI"), for "all videos stored on Sharepoint (on the unclassified side) or Sharepoint or BuTube (on the classified side) which were created or used to train FBI personnel in how to review records about Jeffrey Epstein," *id.* ¶ 27.

2. On September 4, 2025, Plaintiff filed an Amended Complaint withdrawing its FOIA request made to OIP, *see* First Am. Compl. ¶ 22, ECF No. 7, but maintaining and expanding its claims against FBI. *See id.*, Second through Fifth Causes of Action.

3. On June 30, 2026, the FBI completed its search for and review of records responsive to Plaintiff's FOIA request and provided categorical denial to Plaintiff, explaining that it was withholding the records in full under FOIA Exemptions b(5), b(6), b(7)(C), and b(7)(E).

4. On August 21, 2026, the parties filed a joint status report setting out plaintiff's and defendant's respective positions on proposed briefing schedules for the parties' cross motions for summary judgment. *See* Joint Status Rep., ECF No. 18.

5. On consideration of the parties' joint status report, this Court issued a Scheduling Order. *See* Minute Order (Aug. 24, 2026). That Scheduling Order provides for: (i) Defendant to file its summary judgment motion by September 25, 2026; (ii) Plaintiff to file its combined opposition and cross-motion for summary judgment by October 26, 2026; (iii) Defendant to file its combined reply and opposition to Plaintiff's cross-motion by November 9, 2026; and (iv) Plaintiff to file its reply by November 16, 2026. *See id*.

6. Defendant is diligently preparing its motion for summary judgment. However, prior to this Court's entry of its Scheduling Order, undersigned counsel for Defendant had previously scheduled annual leave from September 9 through September 18, 2026. In order to give Defendant adequate time to prepare its summary judgment motion, it determined that it will need one additional week.

7. Pursuant to Local Rule 7(m), undersigned counsel contacted Plaintiff's counsel on August 28, 2026, about his upcoming leave plans and sought Plaintiff's position on Defendant's motion to extend by one week the briefing deadlines established by this Court's Scheduling Order. Plaintiff consents to this extension motion.

## CONCLUSION

This Court should grant Defendant's consent motion to extend by one week the briefing deadlines established by this Court's Scheduling Order.

Dated: September 3, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General, Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*s/ James D. Todd, Jr.*
JAMES D. TODD, JR.
Senior Trial Counsel
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

Counsel for Defendant