**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MSW MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:25-cv-2518-BAH |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S CONSENT MOTION TO EXTEND**
**BRIEFING DEADLINES IN THIS COURT'S SCHEDULING ORDER**

Before this Court is Defendant's consent motion to extend time by one week the briefing deadlines established by this Court's Scheduling Order. For good cause shown therein, Defendant's motion is GRANTED, and this Court AMENDS its Scheduling Order as follows: (i) Defendant will file its summary judgment motion by October 2, 2026; (ii) Plaintiff will file its combined opposition and cross-motion for summary judgment by November 2, 2026; (iii) Defendant will file its combined reply and opposition to Plaintiff's cross-motion by November 16, 2026; and (iv) Plaintiff will file its reply by November 23, 2026.

So Ordered.

Dated: September _, 2026

________________________
Beryl A. Howell
United States District Judge