**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MSW MEDIA, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

No. 1:25-cv-2518-BAH

**NOTICE OF APPEARANCE**

Please take notice that Isaac C. Belfer, Trial Attorney at the U.S. Department of Justice, Civil Division, Federal Programs Branch, will be appearing on behalf of Defendant in this matter.

Dated: October 2, 2026

Respectfully submitted,

*s/ Isaac C. Belfer*
ISAAC C. BELFER
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, DC 20044

*Counsel for Defendant*