UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MSW MEDIA, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

No. 1:25-cv-2518-BAH

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant U.S. Department of Justice hereby moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure and LCvR 7. Pursuant to LCvR 7(a), (c), (h)(1), this motion is accompanied by a memorandum setting out Defendant's statement of points and authorities, a proposed order, and a statement of material facts. This motion is also accompanied by the Declaration of Shannon R. Hammer.

Dated: October 2, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*s/ James D. Todd, Jr.*
JAMES D. TODD, JR.
Senior Trial Counsel
ISAAC C. BELFER
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
Ben Franklin Station
P.O. Box 883
Washington, DC 20044
*Attorneys for Defendant*