**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Sunday, December 7, 2025 10:06 PM
**To:** Altabet, Jason K (CIV) <Jason.K.Altabet2@usdoj.gov>
**Subject:** [EXTERNAL] MSW Media v. DOJ, No. 25-2518, clarification of scope and leads for searches

Hi Jason, I'm just writing with some info for you to pass along to your client. In light of this article, https://www.bloomberg.com/news/newsletters/2025-11-25/epstein-files-new-fbi-emails-detail-review-special-redaction-project, we want to clarify that any and all training videos, even those embedded in Powerpoint decks, are responsive to this request, and that they may be identified as being part of the "Epstein Transparency Project" or "Special Redaction Project." And this includes both the original training videos and the "[u]pdated training materials and workflow guidance" mentioned in the 3/22 email released to Leopold.

Furthermore, the scope of the request should incorporate a liberal reading of "how to review records." This is not limited to videos about redactions and withholdings. How to gain access to the records, how to mark them, how to prioritize them, how to manage the workflow, and the like are all covered by "how to review records."

Because some of these records may not be easily searchable, we recommend contacting the FBI officials involved in sending and receiving the emails released to Leopold and asking them to identify records responsive to this request.

Kel McClanahan

---
***Please note our new contact information below.***

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)

Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI