**From:** Kel McClanahan, Esq.
**To:** Todd, James (CIV)
**Subject:** [EXTERNAL] RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21
**Date:** Thursday, August 20, 2026 2:45:28 PM

---

As an initial matter, that answer is either wrong or they did not do an adequate search. The request explicitly included videos that were embedded in powerpoint decks, and specified that when a video was embedded in a deck the entire deck was responsive. So there's no way an adequate search yielded only videos and no powerpoint slides.

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---

**From:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Sent:** Thursday, August 20, 2026 2:18 PM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>
**Subject:** RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

Hi Kel –

I reached out to the FBI to pass along your inquiry. The FBI has informed me that the records responsive to Plaintiff's FOIA request that the agency is withholding consist of a number of video files that have a combined length of one hour, 13 minutes, and 14 seconds.

However, the FBI also reconfirmed that, in light of the large and increasing backlog of FOIA requests and FOIA maters in the litigation that agency staff is handling, the number of records at issue in a particular FOIA case has no bearing how much time it takes until the agency can turn to preparing a declaration that will accompany a summary judgment motion in a particular matter. At this point in time, the agency's backlog for preparing a declaration is such that they agency needs approximately 90 days, or until November 23, 2026, and we plan to so inform the Court and propose the briefing schedule I sent to you earlier this week.

Please let me know Plaintiff's position on the agency's proposed briefing schedule. If Plaintiff does not agree with Defendant's proposed schedule, please let me know Plaintiff's proposed schedule, and I will incorporate Plaintiff's position into a draft joint status report and then send the draft to you for your review.

Best,

Jim Todd
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington DC 20530
(202) 514-3378

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Wednesday, August 19, 2026 1:57 PM
**To:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

I understand why they want the time, but what you're describing to me is what they have complained about as long as I've been practicing law. So I don't honestly care what time they think they need because they refuse to staff up. I'm telling you what it will take for me to agree to it. I need to know how many records are at stake.

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any

copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

-----Original Message-----
From: "Todd, James (CIV)" <James.Todd@usdoj.gov>
To: "kelnationalsecurityl (Vendor)" <kel@nationalsecuritylaw.org>
Sent: Wed, 19 Aug 2026 1:53 PM
Subject: RE: [EXTERNAL] RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

Hi Kel –

Thanks for your quick responsive.

I can ask the agency about the number of records at issue and see that they tell me.

But I don't think the number of records at issue is the reason the FBI is needs 90 days. I think the reason is because the FBI is buried alive under a huge and quickly-increasing backlog of FOIA requests and FOIA matters in litigation, and they simply don't have the resources to get to this case any faster because they are already committed to addressing everything else that is farther along in the cue than this matter.

Does that help clarify why the FBI is seeking this amount of time?

Thanks.

Jim Todd
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington DC 20530
202-514-3378

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Wednesday, August 19, 2026 1:46 PM
**To:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Subject:** Re: [EXTERNAL] RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

How many records are at issue? I'm not going to agree to hold off on briefing until November for just a few records.

---

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

On Wed, Aug 19, 2026, 1:19 PM Todd, James (CIV) <James.Todd@usdoj.gov> wrote:

Hi Kel –

I checked with the FOIA folks at the FBI, and they have informed me that they are overrun with FOIA requests and FOIA litigation.

As a result, in order to give Defendant adequate time to prepare its declaration and other supporting documents for its motion for summary judgment, we propose the following briefing schedule:

1. Defendant file its motion for summary judgment by November 23, 2026;
2. Plaintiff filed its combined cross motion for summary judgment and opposition to Defendant's motion for summary judgment by December 23, 2026;
3. Defendant file its combined reply in support of its motion for summary judgment and opposition to Plaintiff's cross motion for summary judgment by January 15, 2027; and
4. Plaintiff filed its reply in support of its cross motion for summary judgment by February 5, 2027.

We are happy to adjust as needed to account for the holidays, etc.

Please let me know whether Plaintiff opposes Defendant's proposed briefing schedule.

In the meantime, please let me know if you have any questions or would like to discuss. I am available.

Best,

Jim Todd
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington DC 20530
202-514-3378

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Thursday, August 13, 2026 3:23 PM
**To:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

Yes

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

-----Original Message-----
From: "Todd, James (CIV)" <James.Todd@usdoj.gov>
To: "kelnationalsecurityl (Vendor)" <kel@nationalsecuritylaw.org>
Sent: Thu, 13 Aug 2026 2:34 PM
Subject: RE: [EXTERNAL] RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

Is plaintiff challenging the adequacy of the agency’s search?

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Thursday, August 13, 2026 2:32 PM
**To:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Subject:** RE: [EXTERNAL] RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

Dictating in a courtroom so that's why this is so sloppy. Assume we will be challenging everything else.

---
This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

-----Original Message-----
From: "Todd, James (CIV)" <James.Todd@usdoj.gov>
To: "kelnationalsecurityl (Vendor)" <kel@nationalsecuritylaw.org>
Sent: Thu, 13 Aug 2026 1:34 PM
Subject: RE: [EXTERNAL] RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

Hi Kel,

Thank you for your prompt response.

Could you clarify the scope of the dispute that remains between the parties? Does plaintiff challenge the adequacy of the agency's search? Does plaintiff challenge each of the agency's assertions of privilege? For example, in the last FOIA case I briefed the plaintiff did not challenge the adequacy of the agency's search or the applicability of Exemption 6 to the names and email addresses of career-level agency employees. Might plaintiff be willing to consider not challenging the agency's invocation of Exemptions 6 and 7(C), and/or 7(E), or might there be another way to narrow the scope of the dispute?

I am available to discuss if that might help.

Thanks for considering.

Best,

Jim Todd
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington DC 20530
(202) 514-3378

---

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Wednesday, August 12, 2026 12:35 PM
**To:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Subject:** [EXTERNAL] RE: MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

Just a briefing schedule. I propose that you file your MSJ in early September.

---

This electronic mail (email) transmission is meant solely for the person(s) to whom it is addressed. It contains confidential information that may also be legally privileged. Any copying, dissemination or distribution of the contents of this email by anyone other than the addressee or his or her agent for such purposes is strictly prohibited. If you have received this email in error, please notify me immediately by telephone or email and purge the

original and all copies thereof. Thank you.

Kel McClanahan, Esq.
Executive Director
National Security Counselors
Kel@NationalSecurityLaw.org
501-301-4NSC (4672)
Signal: NationalSecurityCounselors.16

"As a general rule, the most successful man in life is the man who has the best information."
Benjamin Disraeli, 1880

"Quis custodiet ipsos custodes?" ("Who will watch the watchers?")
Juvenal, Satire VI

---

**From:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Sent:** Wednesday, August 12, 2026 12:03 PM
**To:** kelnationalsecurityl (Vendor) <kel@nationalsecuritylaw.org>
**Subject:** MSW Media, Inc. v. DOJ, No. 1:25-cv-2518-BAH (D.D.C.) - draft JSR due August 21

Hi Kel –

Attached please find a draft of our joint status report due August 21. Please let me know if Plaintiff has anything to add.

In the meantime, please contact me with any questions or if you would like to discuss.

Best,

Jim Todd
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington DC 20530
202-514-3378