**From:** Todd, James (CIV)
**To:** Kel McClanahan, Esq.
**Subject:** RE: [EXTERNAL] MSW Media - JSR re br. sched. - draft 08.20.26 v.1.docx
**Date:** Friday, August 21, 2026 2:08:00 PM

Hi Kel –

The FBI determined that that Plaintiff's December 2025 email was improperly attempting to expand the scope of its original FOIA request in the course of litigation, *see, e.g.*, *Houser v. Church*, 271 F. Supp. 3d 197, 204 (D.D.C. 2017), and thus did not consider it in conducting its search for records responsive to Plaintiff's original request.

Would you like to make any changes to Plaintiff's section of the JSR?

Thanks.

Jim Todd
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
Washington DC 20530
(202) 514-3378

**From:** Kel McClanahan, Esq. <kel@nationalsecuritylaw.org>
**Sent:** Friday, August 21, 2026 1:20 PM
**To:** Todd, James (CIV) <James.Todd@usdoj.gov>
**Subject:** [EXTERNAL] MSW Media - JSR re br. sched. - draft 08.20.26 v.1.docx

Here are my additions. I wrote it as though you did not provide any further information about the scope clarification. If you have more information for me, I'm happy to edit.