UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MSW MEDIA, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

No. 1:25-cv-2518-BAH

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Before this Court is Defendant's Motion for Summary Judgment. For the reasons set forth therein, this Court GRANTS Defendant's Motion and DIRECTS the Clerk to enter JUDGMENT for Defendant.

So Ordered.

Dated:

________________________
Beryl A. Howell
United States District Judge