**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MSW Media, Inc.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

No. 1:25-cv-2518-BAH

**NOTICE OF APPEARANCE**

Please take notice of the appearance of the following counsel for Defendant:

Steven M. Chasin
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747
Email: steven.m.chasin2@usdoj.gov

Dated: October 23, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Steven M. Chasin*
Steven M. Chasin (D.C. Bar# 495853)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747