**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MSW MEDIA, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-02518 (BAH) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff to request a four-day extension, until 6 November 2026, of the deadline for filing its opposition to Defendant's Motion for Summary Judgment. Defendant consents to this Motion, and the parties have conferred to propose a modified briefing schedule.

Plaintiff has good cause to request this relief. Since this briefing commenced, the undersigned has seen multiple other deadlines be assigned by various tribunals for this week, and in fact he currently has three deadlines and one in-person status conference scheduled for Monday, when his briefs are due in this case. He accordingly requests an extension to allow him to file his briefs at the end of the week. After conferring, the parties propose that the Court modify the schedule as follows:

- 6 November 2026 – Plaintiff's Opposition and Cross-Motion
- 24 November 2026 – Defendant's Reply and Opposition to Cross-Motion
- 10 December 2026 – Plaintiff's Reply to Cross-Motion

This is the first extension requested for this filing. Defendant consents to this Motion. A proposed Order accompanies this Motion.

Date: October 30, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan

Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*