[redacted] (IMD) (FBI)

**From:** [redacted]
**Sent:** Saturday, March 22, 2025 8:09 PM
**To:** [redacted]
**Cc:** [redacted]
**Subject:** IMD Transparency Project Updates --- UNCLASSIFIED

b6 -1
b7C -1
b7E -3

Classification: UNCLASSIFIED
=========================================================
Transitory

IMD

**IMD Transparency Project Updates**

IMD continues discussions with DOJ and is awaiting clarification regarding additional criteria for the next phase of this project. We continue to scope and update workflow processes and training material based on those discussions.

Updated training materials and workflow guidance is expected for dissemination later tonight.

Please note, all communications regarding this project should now be directed to [redacted]

b7E -3

**Watch/Shift commanders: please send your POC contacts as well as team distributions lists for future disseminations.** Please do not provide individual email address (i.e., [redacted] we are requesting maximum use of distribution lists. We will use this information to send updates regarding this project.

Thank you for your support.

=========================================================
Classification: UNCLASSIFIED

**[redacted] (IMD) (FBI)**

b6 -1
b7C -1
b7E -3

| | |
|---|---|
| **From:** | [redacted] |
| **Sent:** | Sunday, March 23, 2025 11:48 AM |
| **To:** | [redacted] |
| **Cc:** | [redacted] |
| **Subject:** | IMD Specialized Project Updates - Transparency Project --- UNCLASSIFIED |
| **RMTFRUserProp:** | Short-Term Use Email (Transitory) |
| **SentinelCaseId:** | Short-Term Use Email (Transitory) |

Classification: UNCLASSIFIED
==================================================
Transitory

**IMD Transparency Project Update**

Videos posted to the Transparency Project SharePoint site are as follows:

- Video 1: How to use the SharePoint Site
- Video 2: How to redact using Adobe
- Video 3: Transparency Training video

==================================================
Classification: UNCLASSIFIED

FD-1036 (Rev. 10-16-2009)

UNCLASSIFIED//~~FOUO~~

# FEDERAL BUREAU OF INVESTIGATION

**Import Form**

**Form Type:** OTHER - Other **Date:** 10/14/2025

**Title:** (U//~~FOUO~~) Transparency Project SharePoint Video Transcripts

**Approved By:** [redacted]

**Drafted By:**

b6 -1
b7C -1

**Case ID #:** 62F-HQ-A4051821 (U) SPECIAL REDACTION PROJECT

**Synopsis:** (U//~~FOUO~~) Transparency Project SharePoint Video Transcripts

♦♦

UNCLASSIFIED//~~FOUO~~