**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MSW MEDIA, INC., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 1:25-cv-02518 (BAH) |
| DEPARTMENT OF JUSTICE, | * | |
| Defendant. | * | |

* * * * * * * * * * * * *

**ORDER**

UPON CONSIDERATION OF Plaintiff's Motion for Summary Judgment, any Opposition thereto, and the entire record herein, it is this _______ day of ____________, 2026,

**ORDERED** that Plaintiff's Motion is **GRANTED**.

______________________________
Beryl A. Howell
United States District Judge