**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MSW MEDIA, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 1:25-cv-02518 (BAH) |
| | * | |
| DEPARTMENT OF JUSTICE, | * | |
| | * | |
| Defendant. | * | |
| | * | |

* * * * * * * * * * * * *

**PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff to respectfully request a six-hour extension, until 6:00 AM on 7 November 2026, of the deadline for filing its opposition to Defendant's Motion for Summary Judgment. Plaintiff has inquired as to Defendant's position on this Motion and has received no response.

Plaintiff requests this relief due to excusable neglect. As noted previously, the undersigned was juggling numerous previously assigned deadlines last week, prompting him to request a four-day extension on 30 October 2026. While finalizing the brief on Friday, the undersigned engaged in further discussions with his client, resulting in several items being removed from controversy. Because this filing delay was the direct result of time spent to remove the need for judicial review of several matters, granting this Motion is in the interest of judicial economy.

This is the second extension requested for this filing. On Friday night, before the deadline had passed, the undersigned emailed Defendant's counsel regarding this Motion. As of this writing, Monday night, Defendant's counsel has not responded. The undersigned is accordingly

filing this Motion as an opposed motion rather than extending the delay further. A proposed Order accompanies this Motion.

Date: November 9, 2026

Respectfully submitted,

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
1451 Rockville Pike
Suite 250
Rockville, MD 20852
501-301-4672
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Plaintiff*