**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MSW MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:25-cv-2518-BAH |

**DEFENDANT'S NOTICE OF NON-OPPOSITION TO PLAINTIFF'S *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME**

Defendant hereby provides notice that it does not oppose Plaintiff's *Nunc Pro Tunc* Motion for Enlargement of Time Within Which to File Its Opposition to Defendant's Motion for Summary Judgment (ECF No. 26) (filed Monday, Nov. 9, 2026) (the "Motion"). On Friday at 11:26 PM, Plaintiff's counsel sent the undersigned counsel an email stating in relevant part, "I do not expect that you will see this tonight, but if you do, I'll be filing a motion tonight—after I file my brief—for an extension of however long past midnight it takes me to complete it. . . ." Plaintiff did not file the extension motion overnight as indicated in that email, and Plaintiff's counsel did not subsequently attempt to confer or clarify this with Defendant before filing the Motion on Monday night. *See* Local Civil Rule 7(m).

While the Motion seeks to extend only Plaintiff's deadline "for filing its opposition to Defendant's Motion for Summary Judgment" (*see* Motion and Proposed Order), Defendant also does not oppose a corresponding extension of Plaintiff's deadline to file its cross-motion for summary judgment. *See* Nov. 2, 2026 Minute Order (granting Plaintiff's extension motion and directing that "[b]y November 6, 2026, plaintiff shall file, in a consolidated brief, any response to

defendant's motion for summary judgment and any cross-motion"). Plaintiff filed a Cross-Motion for Summary Judgment (in addition to its opposition brief) on November 7. *See* ECF No. 25.

Dated: November 10, 2026

Respectfully submitted,

CODY POPLIN
Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Steven M. Chasin*
STEVEN M. CHASIN (D.C. Bar No. 495853)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747 (Chasin)
Tel: (202) 305-7134 (Belfer)
Steven.M.Chasin2@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorneys for Defendant*