UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | No. 1:25-cv-2518-BAH |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S CONSENT MOTION FOR EXTENSION OF BRIEFING DEADLINE**

Before this Court is Defendant's Combined Motion to Stay Remaining Summary Judgment Briefing, and Consent Motion for Extension of Briefing Deadline. For the reasons set forth therein, and good cause shown, this Court GRANTS Defendant's Consent Motion for Extension, and extends Defendant's deadline for its consolidated opposition to Plaintiff's cross-motion for summary judgment and reply in support of Defendant's motion for summary judgment, pending the Court's decision on Defendant's requested stay. [In the event the Court denies the requested stay, Defendant's deadline for that consolidated brief shall be ten (10) business days after that decision, with a corresponding extension to Plaintiff's reply deadline.]

So Ordered.

Dated:

________________________
Beryl A. Howell
United States District Judge