UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MSW MEDIA, INC.,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF JUSTICE,<br>Defendant. | No. 1:25-cv-2518-BAH |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S MOTION TO STAY REMAINING SUMMARY JUDGMENT BRIEFING**

Before this Court is Defendant's Combined Motion to Stay Remaining Summary Judgment Briefing, and Consent Motion for Extension of Briefing Deadline. For the reasons set forth therein, and good cause shown, this Court GRANTS Defendant's Motion to Stay, and hereby stays the remaining summary judgment briefing deadlines, pending the processing and production, by the Federal Bureau of Investigation, of the segregable, nonexempt portions of the records responsive to Plaintiff's Freedom of Information Act (FOIA) request. The parties shall file a Joint Status Report on or before February 26, 2027, setting forth proposal(s) for any further proceedings.

So Ordered.

Dated:

________________________
Beryl A. Howell
United States District Judge