**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MSW MEDIA, INC.,

Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE,

Defendant.

No. 1:25-cv-2518-BAH

**DEFENDANT'S REPLY IN SUPPORT OF ITS MOTION TO STAY REMAINING SUMMARY JUDGMENT BRIEFING**

Plaintiff's Partial Opposition to Defendant's Motion to Stay Remaining Summary Judgment Briefing seeks to condition a stay on the Court ordering the FBI to make interim releases of the responsive training videos, "with a minimum of two videos released per month." *See* ECF No. 30, at 2. But Plaintiff omits a central fact: that Plaintiff specifically and repeatedly requested that the FBI prioritize Training Video 7. Plaintiff's counsel stated, "[P]lease just say that FBI will be making interim monthly releases and <u>prioritizing Video 7</u> at Plaintiff's request, and then you can just say that we consent, period." (emphasis added).[1] In turn, Defendant has agreed to prioritize Training Video 7, although FOIA does not require prioritizing one specific record over another. *See* ECF No. 28 at ¶ 3. But the FBI cannot both prioritize Training Video 7 *and* release two videos per month as the Partial Opposition seeks.

Training Video 7 is different from the other eight videos (*i.e.,* Training Videos 1-6 and 8-

[1] Likewise, Plaintiff's counsel also stated earlier in the meet and confer that "[Defendant] may represent that Plaintiff consents to this stay on the condition that FBI makes monthly interim releases as the videos are processed and does not wait until the end to release all 9, and <u>prioritizes Video 7 for first release</u>." (emphasis added).

9). *See* ECF No. 21-2, at 8-9. Training Video 7 will require, among other things, significant research and effort to determine what information already has been publicly released pursuant to the Epstein Files Transparency Act. Because Training Video 7 is substantially more involved in terms of review and processing, the FBI cannot commit to processing within a month, "a minimum of two videos released per month," *and* prioritization of Training Video 7 (as well as provide closed captioning, as sought by Plaintiff).

Defendant therefore respectfully requests that the Court grant Defendant's Stay Motion, with the FBI prioritizing Training Video 7, and aiming to complete processing and production of the segregable, nonexempt portions of the nine training videos by early February 2027. To the extent helpful to the Court, Defendant would be available to provide a Joint Status Report prior to the February 26, 2027 date proposed in its Stay Motion.

Dated: November 24, 2026

Respectfully submitted,

JONATHAN D. GUYNN
Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

*/s/ Steven M. Chasin*
STEVEN M. CHASIN (D.C. Bar No. 495853)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
U.S. DEPARTMENT OF JUSTICE
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Tel: (202) 305-0747 (Chasin)
Tel: (202) 305-7134 (Belfer)
Steven.M.Chasin2@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Attorneys for Defendant*